UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

KEVIN DAVIS, Individually, and On Behalf     :   Case No.: 1:22-CV-04871-RA
of All Others Similarly Situated,            :
                                             :
              Plaintiff,                     :
                                             :
    vs.                                      :
                                             :   **NOTICE OF SETTLEMENT**
                                             :
                                             :
KYTE SYSTEMS INC.,                           :
                                             :
              Defendant.                     :
                                             :
                                             :
———————————————————— x

Plaintiff Kevin Davis ("Plaintiff") hereby notifies the Court that the present case has settled

between Plaintiff and defendant Kyte Systems Inc. ("Defendant") (collectively, the "parties"), and

states as follows:

1.      A settlement agreement is in the process of being finalized between the parties.

Once the settlement agreement is fully executed, and Plaintiff has received the consideration

required, the parties will respectfully request that the case be dismissed and closed.

2.      The parties respectfully request that the Court stay this action and adjourn all

deadlines and conferences.

DATED:  August 24, 2022            **MIZRAHI KROUB LLP**


                                   ———————————————————
                                        /s/ Edward Y. Kroub
                                        EDWARD Y. KROUB

- 2 -

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*